UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CATHLEEN KENTALA,

       Plaintiff,                             Case No. 17-cv-10152
                                                Hon. Matthew F. Leitman

v.

MARY JANE M. ELLIOT, P.C.,

       Defendant.
_____/

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2.    The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**For Plaintiff, Cathleen Kentala**

/s David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
**Telephone:** (312) 546-6539
**Facsimile:** (888) 418-1277
**E-mail:** dmarco@smithmarco.com

**For Defendant, Mary Jane M. Elliot, P.C.**

 /s with consent Brian C. Truba
Mary Jane M. Elliott, PC .
24300 Karim Blvd.
Novi, MI 48375
**Telephone:** (248) 306-2014
**Facsimile:** (248) 306-2014
**E-mail:** brian@mjelliott.com

**Date:**        April 14, 2017

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CATHLEEN KENTALA,

        Plaintiff,                           Case No. 17-cv-10152
                                           Hon. Matthew F. Leitman

v.

MARY JANE M. ELLIOT, P.C.,

        Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation to dismiss filed, this case is dismissed *with* prejudice,

without costs to either party.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2017

3